IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Katrina L.,[1] | ) | C/A No.: 1:20-2530-JD-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Andrew M. Saul, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, Andrew M. Saul, Commissioner of the Social Security Administration ("Commissioner"), by his attorneys, Peter M. McCoy, Jr., United States Attorney for the District of South Carolina, and Marshall Prince, Assistant United States Attorney for said district, has moved this court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. [ECF No. 16]. The motion represents that Plaintiff's counsel consents to the motion. *Id.*

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

Security actions under sentence four of 42 U.S.C. § 405(g),[2] and given the parties' consent to remand of this action for further proceedings, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). On remand, the Commissioner, through the Appeals Council, shall direct the Administrative Law Judge to reevaluate the opinions of consultative examiner Jonathan Simons, Ph.D. and Licensed Professional Counselor Joan Carlene Roberts, reassess Plaintiff's residual functional capacity, and take any further action needed to complete the administrative record. The Clerk of Court is directed to enter a separate judgment pursuant to Fed. R. Civ. P. 58.

    IT IS SO ORDERED.

February 19, 2021　　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　　United States Magistrate Judge

---

[2] Pursuant to the court's standing order, *In the Matter of Consensual Dismissal of Actions Before Magistrate Judges*, M-90-3-FBH, and in accord with 28 U.S.C. § 636(c), the undersigned is authorized to enter judgment in the case.